UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
tom@torrlaw.com
Attorney for Debtor

Order Filed on December 27, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jay D. Sammis

Case No.:   12-40049

Chapter:   13

Judge:   CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 27, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Thomas J. Orr_____, the applicant, is allowed a fee of $ _____500.00_____ for services rendered and expenses in the amount of $_____17.35_____ for a total of $_____517.35_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____970_____ per month for ____1____ months to allow for payment of the above fee.

*rev.8/1/15*