UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
tom@torrlaw.com
Attorney for Debtor

Order Filed on December 27, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jay D. Sammis

Case No.: _____12-40049_____

Chapter: 13

Judge: _____CMG_____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 27, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been

rendered, and no objections having been raised, it is:


ORDERED that _____Thomas J. Orr_____, the applicant, is allowed

a fee of $ _____500.00_____ for services rendered and expenses in the amount of

$_____17.35_____ for a total of $_____517.35_____ . The allowance is payable:

   ☒  through the Chapter 13 plan as an administrative priority.

   ☐  outside the plan.


The debtor's monthly plan is modified to require a payment of $_____970_____ per month for

_____1_____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 12-40049-CMG
Jay D. Sammis                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Dec 27, 2016
                             Form ID: pdf903           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2016.
db            Jay D. Sammis,   1603 North Lakeshore Drive,   Browns Mills, NJ  08015-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2016                                Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2016 at the address(es) listed below:
        Albert  Russo   docs@russotrustee.com
        Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
        Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
         Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W4
         bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
        Justin  Plean   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
         Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W4 jplean@rasflaw.com
        Steven K. Eisenberg   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee
         for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W4
         bkecf@sterneisenberg.com,
         jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
        Steven K. Eisenberg   on behalf of Creditor   Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com,
         jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
        Thomas J Orr   on behalf of Debtor Jay D. Sammis tom@torrlaw.com,  xerna@aol.com
                                                                             TOTAL: 7