UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on January 4, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re: Jay D. Sammis
Debtor

Case No.: 12-40049-CMG

Hearing date:

Judge: Hon. Christine M. Gravelle, U.S.B.J.

## O R D E R APPROVING LOAN MODIFICATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 4, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been brought to the Court on the motion of __Thomas J Orr_____
on behalf of __Jay D. Sammis._____ seeking an Order Authorizing Entry of a <u>Final</u> Loan Modification Agreement concerning a mortgage on real property referenced on the loan modification attached to movant's motion, and the Court having considered the submissions; and parties having been given timely notice; and for good cause shown:

1. IT IS ORDERED Debtor is granted approval to enter into a final loan modification.

2. IT IS ORDERED If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within thirty (30) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

3. IT IS ORDERED  If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within thirty (30) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

4. IT IS FURTHER ORDERED  Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 12-40049-CMG
Jay D. Sammis                                                       Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jan 04, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2017.
db          Jay D. Sammis,    1603 North Lakeshore Drive,    Browns Mills, NJ   08015-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W4
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Justin   Plean    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W4 jplean@rasflaw.com
              Steven K. Eisenberg    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W4
               bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg    on behalf of Creditor    Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Thomas J Orr    on behalf of Debtor Jay D. Sammis tom@torrlaw.com,    xerna@aol.com
                                                                                             TOTAL: 7