Form cscnodsc − ntccsclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                                Case No.: 12−40049−CMG
                                                Chapter: 13
                                                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jay D. Sammis
    1603 North Lakeshore Drive
    Browns Mills, NJ 08015−2505

Social Security No.:
    xxx−xx−0042

Employer's Tax I.D. No.:

**NOTICE OF CASE CLOSED WITHOUT DISCHARGE**

    All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐    Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
      proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
      proving compliance with the instructional course requirement for discharge.

☐    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
      due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
      due have been paid.

☐    Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case
      commenced within 8 years before the date of the filing of the petition.

☐    Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a
      case commenced within 8 years before the date of the filing of the petition.

☑    Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during
      the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy
      Code during the 2 year period preceding the date of the petition.

☐    Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy
      Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13
      of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the
      Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: June 27, 2017
JAN: pbf

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 12-40049-CMG
Jay D. Sammis                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                  Page 1 of 2              Date Rcvd: Jun 27, 2017
                               Form ID: cscnodsc            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2017.
db              Jay D. Sammis,    1603 North Lakeshore Drive,    Browns Mills, NJ  08015-2505
aty            #+Zucker Goldberg & Ackerman,    PO Box 1024,    Mountainside, NJ 07092-0024
lm              +AMERICAN HOME MORTGAGE SERVICING INC.,    4600 Touchton Rd. East,   Building 200 Suite 200,
                  Jacksonville, Fl 32246-8299
513582915       American Home Mortgage Servicing, Inc.,    PO Box 619063,    Dallas, TX  75261-9063
516656479      +Deutsche Bank National Trust Company,    c/o Ocwen Loan Servicing LLC,
                  Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
513711370      +Homeward Residential, Inc.,    Bankruptcy Department,    1525 S. Beltline Road, Suite 100 North,
                  Coppell, TX 75019-4913
513582916       Pemberton Township MUA,    131 Fort Dix Rd,    Pemberton, NJ  08068-0247
513582917      +Pemberton Township Solid Waste,    500 Pemberton Browns Mills Rd,    Pemberton, NJ 08068-1545
513582918       Township Of Pemberton,    Water Department,    500 Pemberton Browns Mills Rd,
                  Pemberton, NJ  08068-1539
513582919      +Zucker, Goldberg, And Ackerman,    200 Sheffield St Ste 301,    Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2017 22:27:30     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2017 22:27:28     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
514921525      +Fax: 407-737-5634 Jun 27 2017 23:00:56     Ocwen Loan Servicing, LLC,
                  ATTN: Bankruptcy Department,   1661 Worthington Road, Suite 100,   West Palm Beach, FL 33409,
                  Ocwen Loan Servicing, LLC 33409-6493,   ATTN: Bankruptcy Department
514921524      +Fax: 407-737-5634 Jun 27 2017 23:00:56     Ocwen Loan Servicing, LLC,
                  ATTN: Bankruptcy Department,   1661 Worthington Road, Suite 100,
                  West Palm Beach, FL 33409-6493
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    1661 Worthington Road,   Suite 100,
                  West Palm Beach, FL 33409-6493
513711384*     +Homeward Residential, Inc.,    Bankruptcy Department,   1525 S. Beltline Road, Suite 100 North,
                  Coppell, TX 75019-4913
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W4
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Justin  Plean    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W4
               jplean@rasflaw.com,    bkyecf@rasflaw.com;ras@ecf.courtdrive.com

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jun 27, 2017
                              Form ID: cscnodsc        Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Steven K. Eisenberg    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W4 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

        Steven K. Eisenberg    on behalf of Creditor    Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

        Thomas J Orr    on behalf of Debtor Jay D. Sammis tom@torrlaw.com,    xerna@aol.com

        TOTAL: 7